# EXHIBIT A

Index No.
Plaintiff(s) designates Kings County as the place of trial of trial

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------X

ROCHELLE ROTHSTEIN,

Plaintiff,

The basis of the venue is Plaintiff's residence

- against -

**SUMMONS**

TARGET CORPORATION,

Defendant.

Plaintiff resides at:
6910 Avenue U, 2T
Brooklyn, New York

--------------------------------------X

To the above named Defendant(s)

YOU ARE HEREBY SUMMONED, to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: Brooklyn, New York
August 8, 2023

Yours, etc.

James Giannakouros, Esq., P.C.
120 Bay Ridge Avenue
Brooklyn, New York 11220
(718)646-1955
File #: 18747

__**Defendant's Address**__

**THRU SECRETARY OF STATE**

TARGET CORPORATION
1000 Nicollet Mall
Minneapolis, MN 55403

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------X
ROCHELLE ROTHSTEIN,

Plaintiff,

**VERIFIED COMPLAINT**

- against -

Index #:

TARGET CORPORATION,

Defendant.

----------------------------------------X

Plaintiff complaining of the Defendant, by her attorney, JAMES GIANNAKOUROS, ESQ., P.C., upon information and belief, respectfully show to this Court and alleges:

1. At all times hereinafter mentioned, the Plaintiff, ROCHELLE ROTHSTEIN, was and still is a resident of 6910 Avenue U, Apt. 2T, in the County of Kings, in the County, City and State of New York.

2. That at all times hereinafter mentioned, the Defendant, TARGET CORPORATION, is a domestic corporation, organized and existing under and by virtue of the laws of the State of New York;

3. That at all times hereinafter mentioned, the Defendant, TARGET CORPORATION, is a foreign corporation doing and/or transacting business in the State of New York;

4. At all times hereinafter mentioned, the Defendant, TARGET CORPORATION, is a partnership;

5. At all times hereinafter mentioned, the Defendant, TARGET CORPORATION, had its principal place of business at 519 Gateway Drive, in the County of Kings,

City and State of New York;

6. At all times hereinafter mentioned, the Defendant, TARGET CORPORATION, owned the premises known as 519 Gateway Drive, in the County of Kings, City and State of New York;

7. At all times hereinafter mentioned, the Defendant, TARGET CORPORATION, leased the premises known as 519 Gateway Drive, in the County of Kings, City and State of New York;

8. At all times hereinafter mentioned, the Defendant, TARGET CORPORATION, operates, controls, manages, maintains and/or repairs the premises known as 519 Gateway Drive, in the County of Kings, City and State of New York, and, in particular, the premises therein;

9. On or about April 30, 2023, the Defendant, TARGET CORPORATION, did create, permit and/or allow a dangerous, hazardous, defective, unsafe and/or unfit condition to become, remain and/or exist at the aforementioned premises.

10. On or about April 30, 2023, the Plaintiff, ROCHELLE ROTHSTEIN, was lawfully at the aforementioned premises therein.

11. At the aforementioned time and place, while the Plaintiff, ROCHELLE ROTHSTEIN, was at the aforementioned premises, the Plaintiff was caused to slip, trip and fall, being violently precipitated to the ground thereat.

12. The aforementioned occurrence was due wholly and solely to the negligence, carelessness and recklessness of the defendant, TARGET CORPORATION, without any negligence on the part of the Plaintiff contributing thereto.

13. The Plaintiff will rely on the doctrine of res ipsa loquitur.

14. As a result of the foregoing, the Plaintiff, ROCHELLE ROTHERSTEIN, was caused to sustain severe, serious and permanent personal injuries.

15. The limitations on liability contained in Article 16 of the C.P.L.R. do not apply herein and one or more of the exceptions set forth in C.P.L.R. 1602 applies.

16. As such, the Plaintiff, ROCHELLE ROTHSTEIN, has been damaged in the amount that exceeds the monetary jurisdiction of all lower courts which otherwise might have jurisdiction over this matter.

WHEREFORE, Plaintiff, ROCHELLE ROTHSTEIN , demands judgment in an unspecified amount that exceeds the monetary jurisdiction of all lower courts which otherwise might have had jurisdiction over this matter, together with the costs and disbursements of this action.

Dated: Brooklyn, New York
August 8, 2023

Yours, etc.

JAMES GIANNAKOUROS, ESQ., P.C.
Attorney for Plaintiff
120 Bay Ridge Avenue
Brooklyn, New York 11220
(718) 646-1955
File #: 18747

## CLIENT VERIFICATION

STATE OF NEW YORK )
: ss.:
COUNTY OF KINGS )

ROCHELLE ROTHSTEIN, being duly sworn, deposes and says:

I am the plaintiff in the within action. I have read the foregoing VERIFIED SUMMONS AND COMPLAINT and know the contents thereof.

The same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe to be true.

Rochelle Rothstein
ROCHELLE ROTHSTEIN

Sworn to before me this 4th day of August, 2023

Notary Public

JAMES GEORGE GIANNAKOUROS
Notary Public, State of New York
No. 02GI6002423
Qualified in Kings County
Commission Expires February 09, 2027

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** KINGS

-----------------------------------------------------------------x

ROCHELLE ROTHSTEIN,

Plaintiff/Petitioner,

- against -

Index No.522789/2023

TARGET CORPORATION,

Defendant/Respondent.

-----------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Consensual Case)**
(Uniform Rule § 202.5-b)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: http://www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 8/8/2023

Name

JAMES GIANNAKOUROS, ESQ. P.C.

Firm Name

120 BAY RIDGE AVENUE

Address

BROOKLYN, NY 112200

718-646-1955

Phone

E-Mail

To: ______________

______________

______________

6/6/18